IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-00186-MHT |
| | ) | (WO) |
| KELDRIC ORTEZ JONES | ) | |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment (Doc. 53) in the amount of $ 15,000.00 filed on November 13, 2023. Being fully advised of the relevant facts, the court hereby finds that defendant Keldric Ortez Jones obtained at least $ 15,000.00 in proceeds from the conspiracy to commit bank fraud, to which he pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that, for good cause shown, the government's motion is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, defendant Jones shall be held liable for a forfeiture money judgment in the amount of $ 15,000.00.

It is further ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to defendant Jones.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE, this 27th day of February, 2024.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE