IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:23cr186-MHT
                            )            (WO)
KELDRIC ORTEZ JONES         )
```

ORDER

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Upon the commencement of supervised release, the United States Probation Office shall make arrangements to ensure that defendant Keldric Ortez Jones can continue to receive, without interruption, any medication treatment he was receiving immediately prior to his release from incarceration.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Keldric Ortez Jones to receive substance-abuse and mental-health treatment in accordance with the detailed recommendations of

Dr. Holly Kaufman. *See* Forensic Psychological Evaluation (Doc. 83-1). If he qualifies for such and has not completed one during incarceration, the substance-abuse treatment shall include an intensive inpatient program to treat defendant Jones's chronic marijuana use. The mental-health treatment shall be individual trauma-focused psychotherapy to address symptoms of depression and post-traumatic stress. In particular, the treatment should include both cognitive-behavioral therapy (CBT), to address his grief; decrease his maladaptive coping skills (e.g., substance use); and increase positive emotions, and dialectical behavior therapy (DBT), to help develop skill sets intended to increase problem solving and change unhelpful behaviors. Skills the DBT should focus on include mindfulness (e.g., learning physical and mental triggers), distress tolerance (e.g., coping with painful situations), emotional regulation (e.g., recognizing and changing unproductive emotions), and

interpersonal skills (e.g., changing communication patterns). Defendant Scott shall also receive counseling to address his never being allowed to possess a firearm again; that is, his mental-health treatment provider should work with him on how to cope with his fears or stressors without possessing a firearm.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Jones receives a copy of the psychological evaluation conducted by Dr. Holly Kaufman (Doc. 83-1).

(4) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Jones is faring.

DONE, this the 11th day of March, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3