**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr186-MHT
                            )             (WO)
KELDRIC ORTEZ JONES         )
```

**ORDER**

Upon review of the status report filed by the probation department (Doc. 170), and because the defendant is currently living in and receiving treatment in Huntsville, it is ORDERED as follows:

(1) Defendant Keldric Ortez Jones need not submit to the evaluation currently set for January 26, 2026, at Central Alabama Psychology, at this time.

(2) The United States Probation Office shall provide defendant Jones's current mental-health treatment provider in Huntsville with a copy of the psychological report prepared by Dr. Holly Kaufman (Doc. 83-1) as well as the court's supplemental order (Doc. 132).

(3) The United States Probation Office shall attempt to assess whether and to what extent the mental-health treatment defendant Jones is currently receiving meets the requirements of the supplemental order and the special conditions of supervision, and shall file a report of its findings by February 6, 2026.

DONE, this the 22nd day of January, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE